AARON D. FORD
  Attorney General
PETER E. DUNKLEY, Bar No. 11110
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, Jeffrey Chandler,*
*Steve Dalton and Ray East*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROGER RANDOLPH,

             Plaintiff,

v.

RENE BAKER, et al.,

             Defendants

Case No. 3:17-cv-00506-MMD-WGC

**ORDER GRANTING
MOTION FOR EXTENSION OF
TIME TO FILE JOINT PRE-TRIAL
ORDER (FIRST REQUEST)**

Defendants, Renee Baker, Jeffrey Chandler, Steve Dalton, and Ray East, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney General, hereby submits this Motion for Extension of Time to File Joint Pretrial Order.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants respectfully requests a thirty (30) day extension of time from the current deadline of March 2, 2020, to file the proposed Joint Pretrial Order.

On January 30, 2020, the parties attended a settlement conference which did not resolve the case. The Court issued a Minute Order setting the deadline for a the proposed Joint Pretrial Order to be submitted no later than March 2, 2020. (ECF No. 57.)

LR 16-3(b) states: "Upon the initiative of a pro se plaintiff or plaintiff's attorney, the attorneys or parties who will try the case and who are authorized to make binding

///

1

stipulations must personally discuss settlement and prepare and file a proposed joint pretrial order..."

Plaintiff has not initiated a conference. Accordingly, Defendants respectfully request 30 day, up to an including April 1, 2020, during which time, Defendants will reach out to Plaintiff.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request will not hinder or prejudice Plaintiff's case. The requested thirty day extension of time should permit the parties time to adequately to confer and discuss settlement as required by LR 16-3(b). Defendants asserts that the requisite good cause is present to warrant the requested extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For these reasons, Defendants respectfully requests a thirty (30) day extension of confer with Plaintiff and submit a proposed joint pretrial order pursuant to LR 16-3 and ECF No. 57, with a new deadline to and including Wednesday, April 1, 2020.

**Proposed Schedule for Remaining Deadlines**

Current Proposed Joint Pretrial Order            March 2, 2020

Proposed Joint Pretrial Order            April 1, 2020

DATED this 2nd day of March 2020.

AARON D. FORD
Attorney General

By:    /s/ Peter E. Dunkley
        PETER E. DUNKLEY, Bar No. 11110
        Deputy Attorney General

        *Attorneys for Defendants*

**IT IS SO ORDERED.**

William G. Cobb

**U.S. MAGISTRATE JUDGE**

**DATED:** March 3, 2020