AARON D. FORD
  Attorney General
PETER E. DUNKLEY, Bar No. 11110
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, Jeffrey Chandler,*
*Steve Dalton and Ray East*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER RANDOLPH,<br><br>              Plaintiff,<br><br>v.<br><br>RENE BAKER, et al.,<br><br>              Defendants | Case No. 3:17-cv-00506-MMD-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER (SECOND REQUEST)** |

Defendants, Renee Baker, Jeffrey Chandler, Steve Dalton and Ray East, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney General, hereby submits this Motion for Extension of Time to File Joint Pretrial Order (Second Request).

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants respectfully requests a thirty (30) day extension of time from the current deadline of April 1, 2020, to file the proposed Joint Pretrial Order.

On January 30, 2020, the parties attended a settlement conference, which did not resolve the case. The Court issued a Minute Order setting the deadline for the proposed Joint Pretrial Order to be submitted no later than March 2, 2020. (ECF No. 57.)

LR 16-3(b) states: "Upon the initiative of a pro se plaintiff or plaintiff's attorney, the attorneys or parties who will try the case and who are authorized to make binding

///

1 | stipulations must personally discuss settlement and prepare and file a proposed joint
2 | pretrial order…"

As indicated in the first request for an extension, the Defendants have since arranged for and conferred with Plaintiff on the telephone, regarding the rule and the joint pretrial order. After the telephone conference, counsel for Defendants created a draft proposed joint pretrial order and mailed a copy of the order (along with a return envelope) to Plaintiff for Plaintiff's additions, edit, comments. Defendants have not received Plaintiff's edit or additions. Defendants are <u>not</u> accusing Plaintiff of delay. Anecdotally, mail sent via U.S. Postal Service between prisons and the Office of the Attorney General appears to take longer than other private correspondence. Additionally, mail processing at the OAG may be slowed as many employees, including those responsible for handling mail, have been encouraged to telework and thereby limit their time in the office.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request will not hinder or prejudice Plaintiff's case. The requested thirty day extension of time should permit the parties time to adequately finalize a joint pretrial order as required by LR 16-3(b). Defendants asserts that the requisite good cause is present to warrant the requested extension of time. / / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

For these reasons, Defendants respectfully requests a thirty (30) day extension to permit sufficient time submit a proposed joint pretrial order pursuant to LR 16-3 and ECF No. 57, with a new deadline to and including Friday, May 1, 2020.

**Proposed Schedule for Remaining Deadlines**

| | |
|---|---|
| Current Proposed Joint Pretrial Order | April 1, 2020 |
| Proposed Joint Pretrial Order | May 1, 2020 |

DATED this 31st day of March 2020.

AARON D. FORD
Attorney General

By: /s/ Peter E. Dunkley
PETER E. DUNKLEY, Bar No. 11110
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

*William G. Cobb*
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 1, 2020